# ATTACHMENT 1

# COMPLAINT FORM

### (for non-prisoner filers without lawyers)

FILED/REC'D

2026 APR -2 P 2: 30

U.S ___ COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

David Martin Anderson

vs

(Full name of defendant(s))

Douglas Allen Collins

Secretary of Veterans Affairs

Case Number:

26  CV  293  JDP

(to be supplied by clerk of court)

A.   PARTIES

1.   Plaintiff is a citizen of Wisconsin and resides at
(State)

2826 Pleasant View Road #202, Middleton, WI 53562
(Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2.    Defendant    Douglas Allen Collins
_____

(Name)

is (if a person or private corporation) a citizen of _____ Georgia _____

(State, if known)

and (if a person) resides at _____ Unknown, Gainesville, GA _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____ Department of Veterans Affairs, 810 Vermont Avenue NW Washington, D.C. 20420 _____

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

In October of 2021, plaintiff was employed at the William S. Middleton Memorial Veterans' Hospital as an

Audiology Health Technician.  Plaintiff's new supervisor, Melissa Coniber, R.N., approached

plaintiff to inform them that they were being reassigned to new duties and locations which

would aggravate plaintiff's service-connected disabilities (frostbite residuals in both feet,

bilateral sciatica, a blown L4-L5, tinnitus and hyperacusis, PTSD, and others).

Ms. Coniber stated that plaintiff would be working either a small room with loud noises,

or would have to stand all day in the lab fixing hearing aids.  Plaintiff was given a choice

of one or the other despite repeatedly stating that both assignments would violate the

Americans with Disabilities Act and would cause them harm.

Attachment One (Complaint) – 2

As a result of Ms. Coniber's refusal to accommodate the plaintiff's disabilities, plaintiff suffered extreme pain and repeat visits to the emergency department to have their joints drained in order to keep working.  Plaintiff also suffered loss of sleep due to extreme daily pain, depression, and eventually developed rheumatoid arthritis through their body, and Sjogren's Disease, forcing them to retire as disabled.

Plaintiff now wakes 6-8 times a night in pain, experiences difficulty in obtaining restorative sleep, and is in constant pain.

C.     JURISDICTION

☑    I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.     RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking relief for the harm done to me by loss of employment, the financial damage

due to early retirement, and the pain, loss of sleep, and difficulty with daily living I face daily as a result

of my chain of command's actions. My health is ruined, and I believe they violated my

rights as well as federal law. I have increased medical needs as a result of the new

diseases (rheumatoid arthritis and Sjogren's disease), and I would benefit from

treatments not readily available to me and help around my home.

Attachment One (Complaint) – 4

E.    JURY DEMAND

☑    Jury Demand - I want a jury to hear my case
                    OR
☐    Court Trial – I want a judge to hear my case


Dated this ___28th___ day of ___March_____20_26___.

Respectfully Submitted,

_____
Signature of Plaintiff

608-469-9272
_____
Plaintiff's Telephone Number

exgiexpcv@aol.com
_____
Plaintiff's Email Address

2826 Pleasant View Road #202
_____

Middleton, WI 53562
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☐    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☑    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Attachment One (Complaint) – 5